OLIVA ROBLES VIUDA DE RAFAEL JUARBE Cos, peticionaria y apelante, *v.* THE FEDERAL LAND BANK OF BALTIMORE, demandado y apelado.

No. 6512—*Sometido:* Mayo 21, 1934. *Resuelto:* Junio 5, 1934.

*Suliveres & Suliveres,* abogados de la apelante; *Frank Martínez* y *E. Campos del Toro,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se trata de un caso en que Oliva Robles, viuda de Rafael Juarbe Cos, trató de obtener un *injunction* contra el Federal Land Bank para impedir que éste desalojara a la peticionaria y apelante de una propiedad en la cual ella alegaba tener un derecho de hogar seguro. La corte inferior expidió una orden de entredicho, que más tarde dejó sin efecto. La peticionaria apeló de la resolución anulando el *injunction.* Estando pendiente la apelación, el banco obtuvo una orden de la corte de distrito dándole la posesión material de la finca. Entonces el banco la vendió a un tercero.

El apelado nos pide que desestimemos el recurso por ser académico o porque es imposible revocar toda vez que una orden de *injunction* contra el banco carecería de finalidad práctica, pues un tercero tiene el título nominal y la posesión de la propiedad.

Creemos que el apelado tiene razón, y el caso de *Román* v. *The Federal Land Bank,* 46 D.P.R. 337, tiende a sostener esta conclusión.

*Debe desestimarse el recurso.*